```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**CHARLES L. STRINGER**                                          **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO.: 3:05-CV-28BN**

**KATHLEEN MAY AND SAFEWAY INSURANCE
COMPANY**                                                        **DEFENDANT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order entered in this case on this day, this action is hereby dismissed, with prejudice.

SO ORDERED this the 7th day of February, 2006.

                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE

blj